# No. 23-30671

# In the United States Court of Appeals For the Fifth Circuit

In re: Claude F. Reynaud, III,
*Appellant*

On Appeal from United States District Court
for the Western District of Louisiana

## APPELANT'S MOTION FOR LEAVE
## TO FILE ADDITIONAL OPTIONAL RECORD EXCERPTS
## UNDER FIFTH CIRCUIT RULE 30.1.6

Submitted By:

Scott M. Galante
State Bar No. 26890
scott@galantelitigation.com
William M. Ross
State Bar No. 27064
billy@galantelitigation.com
The Galante Litigation Group, LLC
816 Cadiz Street
New Orleans, LA 70115
(504) 203-5010 (office)
(504) 203-5011 (facsimile)
Counsel for Appellant

# APPELLANT'S MOTION FOR LEAVE
# TO FILE ADDITIONAL OPTIONAL RECORD EXCERPTS
# UNDER FIFTH CIRCUIT RULE 30.1.6

Appellant, Claude F. Reynaud, III, respectfully moves for an order granting him leave to file additional optional record excerpts under Fifth Circuit Rule 30.1.6.

Fifth Circuit Rule 30.1 permits appellants to file up to 40 pages of record excerpts not otherwise required under Fifth Circuit Rule 30.1.4. However, the Court may "authorize[]" the filing of additional optional record excerpts under Fifth Circuit Rule 30.1.6. Accordingly, Mr. Reynaud respectfully moves for an order granting leave to file approximately 50 pages of additional optional record excerpts to include the (1) Verified Pre-Hearing Memorandum of Claude F. Reynaud, III with affixed exhibits; and (2) Claude F. Reynaud III's testimony from the hearing that took place on August 8, 2023.

In support of this motion, Mr. Reynaud avers that filing these additional record excerpts, totaling 50 pages, will greatly assist the judges in making the screening decision on the need for oral argument and in preparing for oral argument, as these are the two items from the record on which Mr. Reynaud primarily relies and cites in his brief.

Accordingly, Mr. Reynaud respectfully moves for an order permitting the filing of these additional record excerpts, not to exceed 50 pages.

*/s/ Scott M. Galante*
SCOTT M. GALANTE
State Bar No. 26890
scott@galantelitigation.com
WILLIAM M. ROSS
State Bar No. 27064
billy@galantelitigation.com
THE GALANTE LITIGATION GROUP, LLC
816 Cadiz Street
New Orleans, LA 70115
(504) 203-5010 (office)
(504) 203-5011 (facsimile)

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument has been served via the court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure, on November 30, 2023, on all registered counsel of record and has been transmitted to the Clerk of Court.

/s/ Scott M. Galante
Scott M. Galante